In the Matter of JAMES J. McCADDEN, Appellant, against FRANK C. MOORE, as Comptroller of the State of New York, Respondent.

Argued October 13, 1950; decided November 22, 1950.

*Percy R. Smith* and *Edmund S. Brown* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Edward L. Ryan* and *Wendell P. Brown of counsel),* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.